**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ROCK-TENN COMPANY, | ) | Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| GENERAL ELECTRIC RAILCAR SERVICES CORP, a Delaware corporation, dba GE Capital Rail Services, and FIRST COAST RAILROAD, | ) | CASE MANAGEMENT ORDER |
| Defendants. | ) | |
| MARIANO VALLEJO and DOLORES VALLEJO, | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| GENERAL ELECTRIC RAILCAR SERVICES CORP, a Delaware corporation, dba GE Capital Rail Services, and FIRST COAST RAILROAD, | ) | |
| Defendants. | ) | |

Rock-Tenn Attorney:  Minh Hoang
Vallejo Attorneys:  David Churchill; Gregory Henry
Defendant Attorney:  William McLaughlin

    A case management conference was held on June 18, 2014, at 2:00 p.m. A further case management conference is set for October 29, 2014, at 2:00 p.m.

    By June 23, 2014, counsel for all parties shall file notices of appearance and register for this case on ECF.

    The Court referred the parties to private mediation with a deadline of October 15, 2014.

1

Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
CASE MANAGEMENT ORDER

The Court set the following case schedule:

FACT DISCOVERY CUTOFF is September 29, 2014.

EXPERT DISCOVERY:
    Opening Reports:  October 17, 2014
    Rebuttal Reports:  November 3, 2014
    Cut-off:  November 17, 2014

DISPOSITIVE MOTIONS shall be filed by November 31, 2014, and set for hearing no later than January 15, 2015, at 1:30 p.m. Each side shall be limited to filing one motion for summary judgment or summary adjudication in the entire case.

PRETRIAL CONFERENCE DATE is March 12, 2015, at 1:30 p.m.

JURY TRIAL DATE is Monday, March 23, 2015, at 9 a.m. in Courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 7 days.

**IT IS SO ORDERED.**

Dated: June 18, 2014

_____
LUCY H. KOH
United States District Judge