**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7
8     UNITED STATES DISTRICT COURT
9     NORTHERN DISTRICT OF CALIFORNIA
10    SAN JOSE DIVISION

| | |
|---|---|
| ROCK-TENN COMPANY,                )<br>                                   )<br>           Plaintiff,              )<br>     v.                            )<br>                                   )<br>GENERAL ELECTRIC RAILCAR SERVICES  )<br>CORP., a Delaware corporation, dba GE Capital )<br>Rail Services, and FIRST COAST RAILROAD, )<br>                                   )<br>           Defendants.             )<br>_____)<br>                                   )<br>MARIANO VALLEJO and DOLORES        )<br>VALLEJO,                           )<br>                                   )<br>           Plaintiffs,             )<br>     v.                            )<br>                                   )<br>GENERAL ELECTRIC RAILCAR           )<br>SERVICES CORP., a Delaware corporation, )<br>dba GE Capital Rail Services, and FIRST )<br>COAST RAILROAD,                    )<br>                                   )<br>           Defendants.             )<br>_____) | Case No.: 5:13-cv-01313-LHK<br><br>ORDER REGARDING EX PARTE COMMUNICATIONS |

On October 15, 2014, the attached email was sent to Courtroom Deputy Stacy Sakamoto. This is an *ex parte* communication with the Court that is prohibited by Civil Local Rule 11-4(c) and will be disregarded as such.

1

Case No.: 5:13-cv-01313-LHK
ORDER REGARDING EX PARTE COMMUNICATIONS

The only email communications that Parties are allowed to have with the Courtroom Deputy are non-substantive scheduling communications and must include opposing counsel.

**IT IS SO ORDERED.**

Dated: October 16, 2014

_____
LUCY H. KOH
United States District Judge