UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCK-TENN COMPANY,                               )<br>                                                             )<br>            Plaintiff,                               )<br>       v.                                                  )<br>                                                             )<br>GENERAL ELECTRIC RAILCAR SERVICES )<br>CORP, a Delaware corporation, dba GE Capital )<br>Rail Services, and FIRST COAST RAILROAD, )<br>                                                             )<br>            Defendants.                            )<br>_____)<br>MARIANO VALLEJO and DOLORES        )<br>VALLEJO,                                             )<br>                                                             )<br>            Plaintiffs,                              )<br>                                                             )<br>       v.                                                  )<br>                                                             )<br>GENERAL ELECTRIC RAILCAR SERVICES )<br>CORP, a Delaware corporation, dba GE Capital )<br>Rail Services, and FIRST COAST RAILROAD, )<br>                                                             )<br>            Defendants.                            ) | Case Nos.: 13-CV-01313-LHK;<br>14-CV-01280-LHK<br><br>ORDER DIRECTING PLAINTIFFS TO FILE A CONSOLIDATED CASE MANAGEMENT STATEMENT |

On October 29, 2014, Defendants filed a Consolidated Case Management Conference Statement. ECF No. 63. Defendants indicated that they had submitted the proposed filing to Plaintiffs' counsel on October 28, 2014, but had yet to obtain a response from all counsel prior to yesterday's filing deadline.

Pursuant to Civil Local Rule 16-10(d), Plaintiffs are hereby ORDERED to file a consolidated case management statement by Friday, October 31, 2014, at noon. The statement

1

Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER DIRECTING PLAINTIFFS TO FILE A CONSOLIDATED CASE MANAGEMENT STATEMENT

must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated:  October 30, 2014



_____
LUCY H. KOH
United States District Judge

Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER DIRECTING PLAINTIFFS TO FILE A CONSOLIDATED CASE MANAGEMENT STATEMENT