**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCK-TENN COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC RAILCAR SERVICES ) <br> CORP, a Delaware corporation, dba GE Capital ) <br> Rail Services, and FIRST COAST RAILROAD, ) <br> ) <br> Defendants. ) <br>——————————————————————) <br> MARIANO VALLEJO and DOLORES ) <br> VALLEJO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC RAILCAR SERVICES ) <br> CORP, a Delaware corporation, dba GE Capital ) <br> Rail Services, and FIRST COAST RAILROAD, ) <br> ) <br> Defendants. ) | Case Nos.: 13-CV-01313-LHK; <br> 14-CV-01280-LHK <br><br> ORDER CONTINUING CASE <br> MANAGEMENT CONFERENCE |

The case management conference scheduled for November 5, 2014, at 2:00 p.m. is hereby CONTINUED to January 15, 2015, at 1:30 p.m.

In addition, the parties are hereby ORDERED to complete private mediation by December 19, 2014, and to file a joint settlement status update by December 30, 2014.

**IT IS SO ORDERED.**

1

Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Dated: November 4, 2014

_____
LUCY H. KOH
United States District Judge