**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCK-TENN COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC RAILCAR SERVICES ) <br> CORP, a Delaware corporation, dba GE Capital ) <br> Rail Services, and FIRST COAST RAILROAD, ) <br> ) <br> Defendants. ) <br> _____) <br> MARIANO VALLEJO and DOLORES ) <br> VALLEJO, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GENERAL ELECTRIC RAILCAR SERVICES ) <br> CORP, a Delaware corporation, dba GE Capital ) <br> Rail Services, and FIRST COAST RAILROAD, ) <br> ) <br> Defendants. ) <br> _____) | Case Nos.: 13-CV-01313-LHK; <br> 14-CV-01280-LHK <br><br> ORDER CONTINUING CASE <br> MANAGEMENT CONFERENCE |

The case management conference scheduled for January 15, 2015, at 1:30 p.m. is hereby CONTINUED to March 12, 2015, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 8, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE