1

2

3

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11

| | |
|---|---|
| 12  ROCK-TENN COMPANY, | Case Nos.: 13-CV-01313-LHK |
| 13              Plaintiff, | 14-CV-01280-LHK |
| 14         v. | **ORDER REQUESTING ONE WEEK ADVANCEMENT OF TRIAL DATE** |
| 15  GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, et al., | |
| 16 | |
| 17              Defendants. | |
| 18  MARIANO VALLEJO and DOLORES VALLEJO, | |
| 19              Plaintiffs, | |
| 20         v. | |
| 21  GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, et al., | |
| 22 | |
| 23              Defendants. | |

24          The Court hereby ORDERS the parties to respond by February 6, 2015, at 5:00 p.m.

25 whether they would be amenable to advancing the March 23, 2015 trial date by one week.  Per the

26 Court's request, the trial would now begin on March 16, 2015, at 9:00 a.m. and last seven days,

27 ending on March 30, 2015.  The pretrial conference would remain on March 12, 2015, at 1:30 p.m.

28
1

United States District Court
Northern District of California

1       If the parties are unable to accommodate the Court's request, the trial dates will remain as

2   set.  *See* ECF No. 55.

3   **IT IS SO ORDERED.**

4

5   Dated: February 2, 2015

6                                                                _Lucy H. Koh_
                                                                 _____
7                                                                LUCY H. KOH
                                                                 United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER REQUESTING ONE WEEK ADVANCEMENT OF TRIAL DATE

United States District Court
Northern District of California