UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCK-TENN COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, et al.,<br><br>　　　　　Defendants. | Case Nos.: 13-CV-01313-LHK<br>　　　　　　14-CV-01280-LHK<br><br>**ORDER RE TRIAL DATE** |
| MARIANO VALLEJO and DOLORES VALLEJO,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, et al.,<br><br>　　　　　Defendants. | |

　　　　Per the Court's February 2, 2015 order, ECF No. 75, and in light of Defendants' response, ECF No. 76, the trial shall remain as set and begin on March 23, 2015, at 9:00 a.m., ECF No. 55.

**IT IS SO ORDERED.**

1

Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER RE TRIAL DATE

Dated: February 10, 2015

_____
LUCY H. KOH
United States District Judge