United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCK-TENN COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, a Delaware corporation, dba GE Capital Rail Services, and FIRST COAST RAILROAD INC.,<br><br>          Defendants. | Case Nos.: 13-CV-01313-LHK<br>           14-CV-01280-LHK<br><br>**ORDER GRANTING MOTION TO STRIKE** |
| MARIANO VALLEJO and DOLORES VALLEJO,<br><br>          Plaintiffs,<br><br>     v.<br><br>GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, a Delaware corporation, dba GE Capital Rail Services, and FIRST COAST RAILROAD INC.,<br><br>          Defendants. | |

      The Court hereby GRANTS Defendants' Motion to Strike Plaintiffs' Joint Replies to

Defendants' Oppositions to Plaintiffs' Motions in Limine Nos. 1, 2, 5, and 6. ECF No. 125. The

1

Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER GRANTING MOTION TO STRIKE

1  Court's Standing Order for Jury Trials does not permit a party to file a reply in support of a motion

2  in limine.  Accordingly, the following docket entries are hereby stricken: ECF Nos. 120, 121, 122,

3  123.  The Court will also strike Defendants' responses to Plaintiffs' joint replies: ECF Nos. 126,

4  127, 128.

5  **IT IS SO ORDERED.**

6

7  Dated: March 10, 2015

8  _____

9  LUCY H. KOH
   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2