UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCK-TENN COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, a Delaware corporation, dba GE Capital Rail Services, and FIRST COAST RAILROAD INC.,<br><br>          Defendants. | Case Nos.: 13-CV-01313-LHK<br>                  14-CV-01280-LHK<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL** |
| MARIANO VALLEJO and DOLORES VALLEJO,<br><br>          Plaintiffs,<br><br>     v.<br><br>GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, a Delaware corporation, dba GE Capital Rail Services, and FIRST COAST RAILROAD INC.,<br><br>          Defendants. | |

On March 13, 2015, the Court received notice that the parties had reached a settlement to resolve this action in its entirety. ECF No. 142. However, no stipulation of dismissal has been

1

Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER TO FILE STIPULATION OF DISMISSAL

1  filed yet.  Accordingly, by today, March 16, 2015, at 6:00 p.m. the parties shall file a stipulation to
2  dismiss this action with prejudice or a joint statement explaining why the parties have not yet done
3  so and when the parties intend to do so.  All filing deadlines and the trial remain as set.  *See* ECF
4  No. 137.

5  **IT IS SO ORDERED.**

7  Dated: March 16, 2015

_____
LUCY H. KOH
United States District Judge

2

Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER TO FILE STIPULATION OF DISMISSAL