UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCK-TENN COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, a Delaware corporation, dba GE Capital Rail Services, and FIRST COAST RAILROAD INC.,<br><br>    Defendants. | Case Nos.: 13-CV-01313-LHK<br>14-CV-01280-LHK<br><br>**ORDER AMENDING PRETRIAL FILING DEADLINES** |
| MARIANO VALLEJO and DOLORES VALLEJO,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, a Delaware corporation, dba GE Capital Rail Services, and FIRST COAST RAILROAD INC.,<br><br>    Defendants. | |

The trial dates remain as set. The Court will not vacate the trial dates until the stipulation of dismissal with prejudice is filed. The parties' joint request to vacate the trial dates is therefore

DENIED.  *See* ECF No. 144.

However, in light of the parties' notice of settlement, ECF No. 142, as well as the parties' representations in their joint request regarding the likely filing of a stipulation of dismissal, ECF No. 144, the Court amends the pretrial deadlines as follows:

- The deadline for the parties to file a joint list of witnesses, law firms, attorneys, and support staff, along with the trial dates and times, to be distributed during jury selection is hereby extended to Friday, March 20, 2015, at noon.
- The deadline for the parties to file any objections to the proposed preliminary jury instructions is hereby extended to Thursday, March 19, 2015, at 6:00 p.m.
- The deadline for Plaintiffs to file a response to Defendants' proffer regarding disclosure of content in Plaintiffs' mediation briefs is hereby extended to Thursday, March 19, 2015, at 6:00 p.m.
- The deadline for Plaintiffs to file a proffer regarding the OSHA regulations is hereby extended to Thursday, March 19, 2015, at 9:00 a.m.  The deadline for Defendants' opposition is hereby extended to Thursday, March 19, 2015, at 6:00 p.m.  The deadline for Plaintiffs' reply is hereby extended to Friday, March 20, 2015, at 9:00 a.m.
- The deadlines for the parties to file revised witness and exhibit lists are hereby extended to Friday, March 20, 2015, at noon.
- The deadline for the parties to file a revised joint verdict form is hereby extended to Friday, March 20, 2015, at noon.

**IT IS SO ORDERED.**

Dated: March 16, 2015

_____
LUCY H. KOH
United States District Judge

2
Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER AMENDING PRETRIAL FILING DEADLINES