United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROCK-TENN COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, a Delaware corporation, dba GE Capital Rail Services, and FIRST COAST RAILROAD INC.,<br><br>    Defendants. | Case Nos.: 13-CV-01313-LHK<br>14-CV-01280-LHK<br><br>**ORDER RE JURY COSTS** |
| MARIANO VALLEJO and DOLORES VALLEJO,<br><br>    Plaintiffs,<br><br>    v.<br><br>GENERAL ELECTRIC RAILCAR SERVICES CORPORATION, a Delaware corporation, dba GE Capital Rail Services, and FIRST COAST RAILROAD INC.,<br><br>    Defendants. | |

On March 13, 2015, the parties filed a Notice of Settlement indicating that a settlement had been reached to resolve this action in its entirety. ECF No. 142. On March 16, 2015, the parties

1

Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER RE JURY COSTS

indicated that they would "file the Stipulation and Order Re Dismissal of Action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than Thursday, March 19, 2015." ECF No. 144 at 2.

As stated in the Court's order of March 16, 2015, the Court will not vacate the trial dates until the stipulation of dismissal with prejudice is filed. ECF No. 145. Prospective jurors are currently scheduled to arrive on the morning of March 23, 2015, for the first day of trial. If the Court does not receive the parties' stipulation of dismissal with prejudice by 5:00 p.m. on March 19, 2015, the Court will assess the parties jury costs, including jurors' fees, parking, and mileage.

In addition, if the Court does not receive the parties' stipulation of dismissal with prejudice by 5:00 p.m. on March 19, 2015, the parties shall come to courtroom 8 on the fourth floor of the San Jose courthouse at 10:00 a.m. on March 20, 2015, to inspect the Court's evidence presentation equipment.

**IT IS SO ORDERED.**

Dated: March 18, 2015

_____
LUCY H. KOH
United States District Judge

2

Case Nos.: 13-CV-01313-LHK; 14-CV-01280-LHK
ORDER RE JURY COSTS